# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>MICHAEL LOGAN BOURNE | ) ) ) ) ) ) ) | Case No. 1:25-MJ-261 |
| _____<br>*Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ August 18, 2022 _____ in the city/county of _____ Fairfax _____
in the ____ Eastern ____ District of ____ Virginia ____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18, U.S. Code, § 2422(b) | Coercion and Enticement of a Minor |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

*Kelly McLeod*
*Complainant's signature*

AUSA Lauren Halper
*Printed name and title*

FBI Special Agent Kelly McLeod
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

telephone
_____ *(specify reliable electronic means)*.

Date: 04/24/2025

Digitally signed by Ivan Davis
Date: 2025.04.24 14:56:22 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

The Hon. Ivan D. Davis, U.S. Magistrate Judge
*Printed name and title*