**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-MJ-261 |
| MICHAEL LOGAN BOURNE, | |
| *Defendant*. | |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Kelly McLeod, being duly sworn, depose and state as follows:

**BACKGROUND**

1.       I am a Special Agent with the Federal Bureau of Investigation and have been since September 2019. I am thus a "federal law enforcement officer" as defined by Fed. R. Crim. P. 41(a)(2)(C). I am currently assigned to the Child Exploitation and Human Trafficking Task Force at the Washington Field Office, where I am responsible for investigating violations of the law concerning the online sexual exploitation of minors. I was previously assigned to the FBI Washington Field Office Joint Terrorism Task Force, where I worked national security investigations. I have training and experience in the enforcement of the laws of the United States, including the preparation, presentation, and service of subpoenas, affidavits, criminal complaints, search warrants, and arrest warrants. As part of my duties as a Special Agent, I investigate criminal child exploitation and child pornography violations, including the illegal production, distribution, transmission, advertisement, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252 and 2252A, as well as crimes related to sex trafficking and

1

other commercial sex offenses in violation of 18 U.S.C. §§ 1591 and 1952.

2.      As a federal agent, I am authorized to investigate violation of laws of the United States and, as a law enforcement officer, I am authorized to execute warrants issued under the authority of the United States.

3.      This affidavit is submitted in support of a criminal complaint charging MICHAEL LOGAN BOURNE with coercion and enticement of a minor to engage in illegal sexual activity, in violation of 18 U.S.C. § 2422(b).

4.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other law enforcement officers, witnesses, and/or agencies. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to law enforcement concerning this investigation. Rather, I have set forth only the facts necessary to establish probable cause for the requested complaint.

## SUMMARY OF PROBABLE CAUSE

### A.  Initial Report of Child Exploitation to Lake Havasu Police Department

5.      On December 9, 2022, Lake Havasu Police Department (LHPD) in Arizona received a report from an individual ("Witness-1") that he found concerning messages on his then 14-year-old daughter's iPad. According to Witness-1, his daughter (hereinafter, "Minor 1")[1], had been using an iPad to communicate with multiple people who appeared to be adult

---

[1] Minor 1 has a date of birth in 2008.

men, including on Google and 321Chat[2].  Witness-1 reported that he reviewed some of the messages and observed that Minor 1 had sent sexually explicit images and videos of herself to some of the individuals and had also received sexually explicit material from some of the individuals.

**B.  Review of Minor 1's Google Messages**

6.	On or about February 16, 2023, LHPD obtained a search warrant for Minor 1's Google account, which she had listed on her 321Chat profile.  The Google records for this account revealed a Google Hangouts[3] chat between Minor 1 and Google account lordromance2021@gmail.com (hereinafter, "lordromance2021").

7.	The Google Hangouts chat between Minor 1 and lordromance2021 (later identified as BOURNE) spanned August 18, 2022, to August 19, 2022, when Minor 1 was 13 years old. Lordromance2021 initiated the chat at 3:43:12 PM UTC on August 18, 2022.

8.	Lordromance2021 identified himself as "David, in Virginia, USA, single, very affectionate and kind[.]"  Lordromance2021 stated he was a "project manager" and worked from home.  Minor 1 asked how old he was, and he stated "older….would rather not say….want you to get to know me and not my birthday..please?"  A few minutes later, he said "I'm 52[.]"  Minor 1

---

[2] Based on my investigation and information publicly available on the 321Chat website, I know that 321Chat is a free chat site accessible through an Internet browser or via a mobile application.  321Chat hosts forums dedicated to particular topics, including "Teen & Kid" and "Dating & Relationship."  Users can post public messages on these forums and engage in discussions with other members.  321Chat also hosts chat rooms, including "Teen Chat," where users can chat with one another. Users can send each other private inbox messages, and there are settings that allow users to limit who can message them. Users can also customize their messages settings or turn off private messages altogether. To establish an account on 321chat, a user must provide an email address.

[3] Google Hangouts (now known as Google Chat or Google Meet) was a free messaging and video chat service provided by Google.  It allowed users to send messages, make voice and video calls, and send media files in direct messages or in groups.

told him she was "13" and would turn 14 later that year.  Minor 1 gave her true name and birthdate.

9.        Almost immediately, the chat became sexual.  Lordromance2021 asked Minor 1, "are you a good girl?" and "Do you like to do as you are told?"  Lordromance2021 used the asterisk symbol to indicate role play action.  For example, lordromance2021 wrote, "can we cuddle as we chat?" and then, "what do you like to do? how old are you? *holds you closer to me, snuggling you tight against me as we chat*[.]"  Then, lordromance2021 described to Minor 1 how he would have sex with her if he were with her in real life.  Then, he asked her, "can I have you?" and "are you wet?" The following conversation ensued:

| | |
|---|---|
| lordromance2021@gmail.com | are you alone there? very wet for real? |
| MINOR 1 | Yes |
| lordromance2021@gmail.com | can I see you? as we share so much? on video cam? |
| lordromance2021@gmail.com | <3 |
| lordromance2021@gmail.com | *lets you get up onto your knees in the tub, sighing as you slide your mouth  onto My thick hard cock, moaning as you start to suck, peeing a little more down your throat and holding your head as you suck and swallow me* |
| MINOR 1 | I really don't like video cam.. |
| lordromance2021@gmail.com | I understand..I am just very visual and haven't smiled in a while...I've never shared anything like this with a girl your age...*blushing* |
| MINOR 1 | Yeah sorry just kinda uncomfortable with cam |
| lordromance2021@gmail.com | I get it....sorry...I'm just really hard here and just want to feel more with you..you could stay dressed....you feel so good..sorry...you have me So turned on |
| lordromance2021@gmail.com | *sighing as you suck on me and I slide my fingers through your hair* |
| MINOR 1 | Can I suck on y |
| MINOR 1 | Your balls too? |
| lordromance2021@gmail.com | yes you can |
| lordromance2021@gmail.com | re you touching yourself for real? getting so off? |
| MINOR 1 | I am a little bit |
| lordromance2021@gmail.com | good girl |
| lordromance2021@gmail.com | *sighing as you suck on my balls, moaning as you are getting so wet and turned on, sucking on me so much* |
| lordromance2021@gmail.com | mmmmm |
| lordromance2021@gmail.com | are you starting to want me more? |
| lordromance2021@gmail.com | getting more wet? |
| MINOR 1 | Yes |

4

| | |
|---|---|
| lordromance2021@gmail.com | good girl |
| lordromance2021@gmail.com | rub your pussy more for me...do as I ask...rub it harder...feel My cock so much as you get so turned on sucking me, covered in My pee |
| MINOR 1 | I don't want to rp anymore about this I just want to talk.. |
| lordromance2021@gmail.com | ok |
| lordromance2021@gmail.com | I am very hard and touching..hope that's ok |
| MINOR 1 | Yeah I'm sorry I'm just not really horny anymore |
| lordromance2021@gmail.com | that's ok |
| MINOR 1 | How's your day going? |
| lordromance2021@gmail.com | better with you |
| lordromance2021@gmail.com | did you end up having an orgasm? |
| MINOR 1 | No |
| lordromance2021@gmail.com | I'm still semi hard and touching as we chat...you are really sweet and I love your kink and the fact that you could be so honest with me |
| MINOR 1 | Haha I mean you've been in life a lot longer than me I figured you would understand |

10.     The conversation paused for approximately 1 hour after lordromance2021 said he had to "run out."  At 6:24:41 PM UTC, lordromance2021 said he was "back" and then continued to persuade Minor 1 to get on a video call with him.  He wrote, "I know you are uncomfortable on cam...but I would very much love to see you sometime.....it would make me so very happy" and "I think you aer so very beautiful...and sexy...and I love your openness and honesty[.]" Lordromance2021 then described how he would engage in sex acts with Minor 1 if they were together in real life.  He stated, "I want to take your virginity so badly, honestly" and then, "do you like making this 52 year old so hard?"  He told Minor 1, "I'm rubbing it....blushing..you have me very turned on....do you like that?" and "with the time difference....maybe I could call you now....if you don't mind.....I'm SO hard...and I just want you so much...*bites lip*"  The following chat ensued:

| | |
|---|---|
| lordromance2021@gmail.com | with the time difference....maybe I could call you now....if you don't mind.....I'm SO hard...and I just want you so much...*bites lip* |
| MINOR 1 | Like call right now and do something sexual? |

| | |
|---|---|
| lordromance2021@gmail.com | you don't have to do  anything but be there and let me see you..we can rp or just chat..I would love to show you how hard I am..if you would love to peak *bites lip* |
| MINOR 1 | I mean I would just want to chat normal if we were to and I look bad right now.. |
| lordromance2021@gmail.com | you look wonderful to me no matter what you think..I am VERY visual so just seeing you as we chatted would be amazing |
| lordromance2021@gmail.com | I know that sounds silly |
| lordromance2021@gmail.com | but it is what makes me happy |
| lordromance2021@gmail.com | shrugs |
| MINOR 1 | Can we later in like idk |
| MINOR 1 | 30 mins |
| lordromance2021@gmail.com | what about at 4 my time..1 your time? |
| lordromance2021@gmail.com | *kisses your lips softly, tasting My pee on your lips and tongue* |
| lordromance2021@gmail.com | do you like it when I say you are a good girl? do you like doing as you are told with me? |
| MINOR 1 | I like being called a good girl and yes I like doing what I'm told with you |
| lordromance2021@gmail.com | thank you ☺ |
| lordromance2021@gmail.com | 1pm your time then |
| lordromance2021@gmail.com | you will be on cam for me |
| lordromance2021@gmail.com | understood? |
| MINOR 1 | Doing what? |
| lordromance2021@gmail.com | nothing..or whatever I tell you to do ;) *tickles* |
| lordromance2021@gmail.com | <3 |
| lordromance2021@gmail.com | since you want to be a good girl for me |
| MINOR 1 | Well yeah but not on cam.. |
| lordromance2021@gmail.com | well maybe you can learn to be a good girl on cam for me....you are young and smart and sweet and obedient and submissive....and we share a lot...you might like it ☺ |
| MINOR 1 | I really don't like doing that on cam |
| lordromance2021@gmail.com | I already told you that you might not have to do much of anything on cam to make me happy...but I want you to be open to it with me ok? |
| lordromance2021@gmail.com | you do like making me hard...and I know you want to be a good girl and make this older man hard....and hard for you |
| MINOR 1 | Yeah.. |
| lordromance2021@gmail.com | you are starting to really love the idea that a 52 year old is so hot for you and you make me so hard |
| MINOR 1 | I'm not starting I have been lol I just haven't done a lot or done anything in person |
| lordromance2021@gmail.com | I'm glad...and that's ok...I'm happy to teach you and guide you and tell you what to do...ok? |
| MINOR 1 | Okay |
| lordromance2021@gmail.com | good girl ☺ |

6

| lordromance2021@gmail.com | you want to earn that praise don't you? |
|---|---|
| MINOR 1 | Yeah lol |
| lordromance2021@gmail.com | I'm glad...I hope you do want to earn that praise ☺ |
| MINOR 1 | But I don't want when we call it to be sexual |
| lordromance2021@gmail.com | sighs...I am going to say this again...I just want to see you....as I am seeing you, I may kiss you and more..just to see your reaction and how it makes you feel...I am not going to ask you to do anything sexual right away...but I may ask you to stretch or caress a part of you for me or move yoru hair or things like that...nothing overtly sexual or anything to do with removing clothes |
| MINOR 1 | Okay.. |

11.     At 8:10 PM UTC, lordromance2021 sent Minor 1 what appears to be a link to a video call.  Minor 1 stated she did not want to talk to lordromance2021 anymore. Lordromance2021 told her she should "not just toss the towel in on something that might make [her] smile" and Minor 1 replied that she did not want to talk "about stupid sex tho[.]" Lordromance2021 stated, "I didn't realize sex was stupid..." and "I think you can be open to me wanting to see you and talk a little about sex..maybe[.]"  Then he stated, "you said you like to make me hard...so I just thought you would want the opportunity to do just that and earn that praise of being a good girl[.]"  Minor 1 stated she had been "played by way to many people" and Lordromance2021 replied, "So have I.  Seriously.  I like young teen girls...and I get played by them a lot...sighs..I would never play you..I honestly do like you[.]" Lordromance2021 continued to try and reengage Minor 1 in discussions about sex.

12.     On August 19, 2022, lordromance2021 described how he would engage in sex acts with Minor 1 if they were together in person.  During the chat, lordromance2021 sent Minor 1 four images and 1 video.[4]  The first two images depict an adult man's hand touching his penis over his underwear.  The third image depicts an adult man's hand pulling his underwear up revealing part

---

[4] Lordromance2021's face is not visible in any of the images or the video.

of his penis.  The fourth image shows an adult man's hand holding his penis.  Lordromance2021 also sent Minor 1 a video depicting a man masturbating his penis.  The man appears to be sitting on a black chair in front of a tan desk or table.  The man is wearing camouflage shorts or pants during the video.  After lordromance2021 sent Minor 1 the video, he wrote, "I know you are a virgin and so young and tight..but I want to try to get this thick cock inside you so much[.]" Lordromance2021 continued to engage in a sexual chat with Minor 1.  Minor 1 told lordromance2021 that she was leaving.  Lordromance2021 persuaded Minor 1 not to leave the chat, and she asked, "Can we talk normal now[?]" The chat ended on August 19, 2022, at approximately 8:25:46 PM UTC.

13.    On May 9, 2023, an FBI child forensic interviewer conducted a forensic interview of Minor 1.  The interview was audio and video recorded and I have reviewed the interview in its entirety.  During the interview, Minor 1 disclosed that she had communicated with many individuals whom she believed to be adult men.  Minor 1 advised that she met most of these men through 321Chat.  She reviewed one of the pictures sent to her by lordromance2021 and stated the image looked familiar, though she did not remember "David."

## C.  Identification of BOURNE as lordromance2021

14.    Law enforcement subpoenaed records for the lordromance2021 account. According to the Google records, the lordromance2021 account was created on June 14, 2021, and was registered with the name David Smithe.  The Google records also contained IP addresses that had been used to log in to the account between August 19, 2022, and March 24, 2023, including IP addresses 2601:5cc:c580:51eO:a02a:f8ad:8177:f400 and 2601:5cc:c580:51eO:c42b:gec3:b281:3bf.   The IP addresses resolved to Comcast Cable Communications (Comcast).

15.     Law enforcement obtained records from Comcast for the IP addresses used to log into lordromance2021, including the two IP addresses listed above.  According to Comcast records, these two IP addresses were registered to Michael BOURNE at an address in Chantilly, Virginia with a phone number ending in 8052.  The service start date was November 5, 2022.  Comcast did not have records for the remaining IP addresses used to access lordromance2021 on August 19, 2022, August 23, 2022, or October 23, 2022.

16.     The FBI subpoenaed records from 321Chat for subscriber information for an account associated with lordromance2021@gmail.com.  On May 16, 2023, 321Chat provided information that lordromance2021@gmail.com was affiliated with a 321Chat account with the username "NothingMatters[.]"  According to 321Chat records, the NothingMatters account was "last seen" on April 28, 2023.  Furthermore, the NothingMatters account had been a member since November 18, 2022, and described himself as an 18 year old male in the United States.  His current room was listed as "Teen."  The "About me" section included the following:

- I'm just a guy.
- Nothing very special.
- I love Marvel, Potter, Disney, LOTR and more.
- Love cuddles. Love conversation.
- Don't love drama or bs or lies or games.
- Addicted to coffee.
- Say hi. It won't hurt.
- Thanks for reading.

17.     321Chat provided a Comcast IP address that was used by NothingMatters on the last seen date of April 28, 2023.  Comcast records for this IP address showed that the subscriber was Michael BOURNE, with the same registered address and phone number listed above in paragraph 15.

**D.  Search of the lordromance2021 Google Account**

18.     On or about July 7, 2023, the Honorable Lindsey R. Vaala, United States

9

Magistrate Judge for the Eastern District of Virginia, authorized a warrant to search the lordromance2021 Google account.

19.     Google records for lordromance2021 contained evidence that BOURNE was the user of the account.  For example, the lordromance2021 account contained multiple selfie-style images of BOURNE that lordromance2021 had sent to other users.  These selfies appear to match the image of BOURNE on his Virginia driver's license.

20.     The Google records also showed that BOURNE used the lordromance2021 account to chat with multiple individuals who identified themselves as minor girls.  The FBI has identified three minor girls (in addition to Minor 1) with whom BOURNE engaged in sexual chats, and confirmed they were minors at the time of the chats.  The minors ranged in age from 14 to 17 years old.  BOURNE began many of the chats by telling the minors that he was dominant and wanted a submissive partner.  He told the minors that they had to obey him and get on video camera when he ordered them to do so, and they had to do whatever he instructed them to do.

21.     For example, on July 29, 2022, BOURNE chatted with a 15-year-old girl. At 5:44:29 PM UTC, he sent her a link to a Google video call.  Approximately 14 minutes later, he wrote to her, "you are so fucking hot omg" and "that soft pussy of yours..damnit so wet[.]"  On February 10, 2022, during a chat with a 13 year old girl, BOURNE stated he wanted to see her on video sometime.  The minor sent BOURNE several images, including an image that depicted a naked girl in a bathtub.  BOURNE wrote, "how old are you?" to which the minor replied, "13[.]" BOURNE stated, "damn..nice pussy and breasts and everytihng for your age[.]"

22.     BOURNE also engaged in sexual chats with at least two other girls who identified themselves in the chats as 14 years old and 17 years old, respectively.  The FBI is currently working

to identify these girls and confirm their ages.

23.     Google records for the lordromance2021 account revealed approximately 1,880 Internet searches for:

- teen chat;
- teenchat; and
- teen chat rooms.

The Google records also showed visits to websites related to teenchat and 321chat.

**E.   Residential Search Warrant and Interview of BOURNE**

24.     On December 11, 2023, the Honorable John F. Anderson, United States Magistrate Judge for the Eastern District of Virginia, authorized a warrant to search BOURNE's residence in Chantilly, Virginia, located in the Eastern District of Virginia.  *See* 1-23-SW-737. The search warrant was executed on December 14, 2023.  During the search, I observed BOURNE's home office and kitchen, which closely resembled the background in the images lordromance2021 sent to Minor 1 and the other minors.  In addition, law enforcement located multiple pairs of camouflage pants and shorts, which closely resembled the camouflage in the photos lordromance2021 sent to Minor 1.

25.     During the search warrant, I conducted an interview of BOURNE.  The interview was audio recorded and I provided BOURNE with Miranda warnings.  BOURNE indicated he understood the warnings and he agreed to speak with me.  During the interview, BOURNE stated the following:

- BOURNE admitted that the photo of a penis sent by lordromance2021 to Minor 1 (described above in paragraph 12) depicted him and that he took the picture.

- BOURNE admitted to engaging in sexual chats on 321Chat and Google.

- BOURNE admitted to engaging in sexual chats involving dominant and submissive

11

roles.

- BOURNE admitted that the sexual chats on 321Chat occasionally led to video calls.

- BOURNE stated he did video calls on his laptop. Typically, the female was visible on video camera, but he was not.

- BOURNE stated that if he sent a picture on Google Hangouts, he opened the chat on his phone, then took the picture on his phone through the chat. Then he would continue the chat from his laptop.[5] BOURNE stated that the pictures taken in his office were taken in real time from his phone.

- BOURNE stated he accessed Google and 321Chat through a browser, and his Google conversations closed out when the browser was closed. BOURNE stated he deleted images from his phone because he did not want his wife to see them.

- BOURNE denied that he used the lordromance2021 account.

26.    Pursuant to the search warrant, law enforcement seized and subsequently searched various electronic devices belonging to BOURNE. A review of BOURNE's iPhone 15 Pro Max and HP Stream laptop revealed several selfie style pictures consistent with those sent by lordromance2021. Additionally, BOURNE's iPhone 15 Pro Max and HP Stream laptop contained records showing BOURNE used both Google Chat and 321Chat.

---

[5] Based on my training and experience, I know that when a user takes and sends a picture through a mobile application, the photo is not automatically saved to the cell phone's photo gallery.

## CONCLUSION

27.    Based upon the above information, I respectfully submit there is probable cause to believe that between on or about August 18, 2022, and on or about August 19, 2022, BOURNE committed a violation of 18 U.S.C. § 2422(b) (coercion and enticement of a minor) within the Eastern District of Virginia.  I therefore respectfully request that the Court issue the attached complaint charging BOURNE with coercion and enticement of a minor.

Respectfully submitted,

Kelly McLeod

Kelly McLeod, Special Agent
Federal Bureau of Investigation

Subscribed and sworn in accordance with Fed. R. Crim. P. 4.1 by telephone on
April 24, 2025:

Digitally signed by Ivan Davis
Date: 2025.04.24 14:56:42
-04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia