**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

FILED
IN OPEN COURT

JUL 2 4 2025

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 1:25-CR-218 |
| v. | Counts 1-2: 18 U.S.C. § 2251(a) and (e)<br>Sexual Exploitation of a Child |
| MICHAEL LOGAN BOURNE,<br><br>*Defendant.* | Counts 3-7: 18 U.S.C. § 2422(b)<br>Coercion and Enticement of a Minor to Engage in<br>Illegal Sexual Activity<br><br>Forfeiture Notice |

**INDICTMENT**

July 2025 Term—at Alexandria, Virginia

**COUNT ONE**
**(Sexual Exploitation of a Child)**

THE GRAND JURY CHARGES THAT:

Between on or about April 21, 2022, and on or about April 18, 2023, within the Eastern

District of Virginia and elsewhere, the defendant, MICHAEL LOGAN BOURNE, attempted to

and did employ, use, persuade, induce, entice, and coerce a minor, MV2, to engage in sexually

explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose

of transmitting a live visual depiction of such conduct. The defendant knew and had reason to

know that such visual depiction would be transported and transmitted using any means and facility

of interstate and foreign commerce and in and affecting interstate and foreign commerce; and such

visual depiction had actually been transported and transmitted using any means and facility of

interstate and foreign commerce and in and affecting interstate and foreign commerce.

(All in violation of Title 18, U.S. Code, Section 2251(a) and (e).)

**COUNT TWO**
**(Attempted Sexual Exploitation of a Child)**

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about September 27, 2022, and on or about April 11, 2023, within the Eastern District of Virginia and elsewhere, the defendant, MICHAEL LOGAN BOURNE, attempted to employ, use, persuade, induce, entice, and coerce a minor, MV3, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct. The defendant knew and had reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce.

(All in violation of Title 18, U.S. Code, Section 2251(a) and (e).)

## COUNT THREE
### (Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity)

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about August 18, 2022, and on or about August 19, 2022, within the Eastern District of Virginia and elsewhere, the defendant, MICHAEL LOGAN BOURNE, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce MV1, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, including, Code of Virginia Section 18.2-370 (taking indecent liberties with a child).

(All in violation of Title 18, U.S. Code, Section 2422(b).)

3

## COUNT FOUR
### (Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity)

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about April 21, 2022, and on or about April 18, 2023, within the Eastern District of Virginia and elsewhere, the defendant, MICHAEL LOGAN BOURNE, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce MV2, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, including, Code of Virginia Section 18.2-374.3 (use of a communications system to facilitate certain sexual offenses involving children).

(All in violation of Title 18, U.S. Code, Section 2422(b).)

4

**COUNT FIVE**
**(Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity)**

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about February 9, 2022, and on or about November 7, 2022, within the Eastern District of Virginia and elsewhere, the defendant, MICHAEL LOGAN BOURNE, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce MV4, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, including, Code of Virginia Section 18.2-374.3 (use of a communications system to facilitate certain sexual offenses involving children).

(All in violation of Title 18, U.S. Code, Section 2422(b).)

## COUNT SIX
### (Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity)

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about February 10, 2022, and February 11, 2022, within the Eastern District of Virginia and elsewhere, the defendant, MICHAEL LOGAN BOURNE, using a facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice, and coerce MV5, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, including, Code of Virginia Section 18.2-370 (taking indecent liberties with a child).

(All in violation of Title 18, U.S. Code, Section 2422(b).)

6

**COUNT SEVEN**
**(Attempted Coercion and Enticement of a Minor to Engage in Illegal Sexual Activity)**

THE GRAND JURY FURTHER CHARGES THAT:

Between on or about June 27, 2022, and on or about July 14, 2022, within the Eastern District of Virginia and elsewhere, the defendant, MICHAEL LOGAN BOURNE, using a facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice, and coerce MV6, an individual who had not attained the age of 18 years, to engage in sexual activity for which any person can be charged with a criminal offense, including, Code of Virginia Section 18.2-370 (taking indecent liberties with a child).

(All in violation of Title 18, U.S. Code, Section 2422(b).)

7

**FORFEITURE NOTICE**

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

The defendant, MICHAEL LOGAN BOURNE, is hereby notified, pursuant to Federal Rule of Criminal Procedure 32.2(a), that upon conviction of any of the violations set forth in Counts One and Two of this Indictment, he shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a): (1) any and all matters that contain visual depictions of minors engaged in sexually explicit conduct in violation of the charged offenses; (2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and (3) any property, real or personal, used or intended to be used to commit or to promote the commission of the offense, and any property traceable to such property.

The defendant, MICHAEL LOGAN BOURNE, is hereby notified, pursuant to Federal Rule of Criminal Procedure 32.2(a), that upon conviction of any of the violations set forth in Counts Three through Seven of the Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428(a): (1) the defendant's interest in any property, real or personal, constituting or derived from any proceeds he obtained, directly or indirectly, as a result of such violation; and (2) the defendant's interest in any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation.

The property subject to forfeiture includes, but is not limited to:

1) One HP Stream laptop (SN 5CD9290NFQ); and
2) One Apple iPhone 15 Pro Max (SN FGCW36VR9N).

8

If any property subject to forfeiture is unavailable, the United States may seek an order forfeiting substitute assets pursuant to Title 21, U.S. Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(All in accordance with Title 18, United States Code, Sections 2253 and 2428(a); Title 21, United States Code, Section 853(p); and Fed. R. Crim. P. 32.2.)

A TRUE BILL

Pursuant to the E-Government Act,, The original of this page has been filed under seal in the Clerk's Office

FOREPERSON

Erik S. Siebert
United States Attorney

By: _____
Lauren Halper
Assistant United States Attorney

9